# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| TITUS HENDERSON, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 06-cv-012-bbc |
| v. | |
| JOHN D. BRUSH and CORRECTIONS CORPORATION OF AMERICA, | |
| Defendants. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
**Peter Oppeneer, Clerk**

/s/ M. Hardin
**by Deputy Clerk**

_____2/19/09_____
Date